**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA, THE STATE OF FLORIDA and JOHN DOE,**

    **Plaintiffs,**

**v.**                                               **Case No:   6:14-cv-501-Orl-37DAB**

**HEALTH FIRST, INC., HEALTH FIRST HEALTH PLANS INC., HEALTH FIRST MEDICAL GROUP, MELBOURNE INTERNAL MEDICINE ASSOCIATES, P.A., HOLMES REGIONAL MEDICAL CENTER, PALM BAY HOSPITAL, CAPE CANAVERAL HOSPITAL, VIERA HOSPITAL, MELBOURNE SAME DAY SURGERY CENTER and MELBOURNE GI CENTER,**

    **Defendants.**

**ORDER OF DISMISSAL WITH PREJUDICE**

This cause is before the Court upon the Notice of Settlement (Letter) filed August 19, 2016 (Doc 120) indicating that this case has settled.   Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 22nd day of August, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record