**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA, THE**
**STATE OF FLORIDA and JOHN DOE,**

        **Plaintiffs,**

**v.**                                    **Case No:   6:14-cv-501-Orl-37DCI**

**HEALTH FIRST, INC., HEALTH FIRST**
**HEALTH PLANS INC., et al,**

        **Defendants.**

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulated Dismissal of Defendant Melbourne Internal Medicine Associates, PA (Doc. 140), filed February 10, 2017.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), this case is hereby **DISMISSED** with prejudice as between Relator and Defendant Melbourne Internal Medicine Associates, PA and without prejudice as to the State of Florida and United States of America.

**DONE AND ORDERED** at Orlando, Florida, this 13th day of February, 2017.

                                       ROY B. DALTON JR.
                                       United States District Judge

Copies:   Counsel of Record