IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA,
*ex rel.* John Doe,

    Plaintiffs,                                    Case No. 6:14-cv-501-Orl-37DAB

v.

HEALTH FIRST, INC., HEALTH FIRST
HEALTH PLANS, INC., HEALTH FIRST
MEDICAL GROUP, MELBOURNE INTERNAL
MEDICINE ASSOCIATES, P.A., HOLMES
REGIONAL MEDICAL CENTER, PALM
BAY HOSPITAL, CAPE CANAVERAL
HOSPITAL, VIERA HOSPITAL,
MELBOURNE SAME-DAY SURGERY
CENTER, and MELBOURNE GI CENTER,

    Defendants.
_____/

## UNITED STATES OF AMERICA'S NOTICE OF CONSENT
## TO PROPOSED SETTLEMENT AGREEMENT
## BETWEEN PLAINTIFF-RELATOR AND THE HEALTH FIRST DEFENDANTS

The United States files this Notice pursuant to 28 U.S.C. § 517 and the Court's Order of May 10, 2017, *see* ECF No. 142, directing the United States to inform the Court on or before June 23, 2017, whether the government consents to a dismissal of this action in light of the parties' proposed settlement agreement.

The United States has completed its review of the proposed settlement agreement between plaintiff-relator John Doe (previously identified as Dr. Craig Deligdish) and defendants Health First, Inc., Health First Health Plans, Inc., Health First Medical Group, Holmes Regional Medical Center, Palm Bay Hospital, Cape Canaveral Hospital, Melbourne Same Day Surgery Center, and

Melbourne GI Center (collectively, the "Health First Defendants"), *see* ECF No. 143, Exhibit 2. That agreement, among other things, provides that, in return for their settlement payment, the Health First Defendants would receive a release only from Dr. Deligdish, and the parties would file a stipulated request that the Court dismiss the settled claims with prejudice to Dr. Deligdish and without prejudice to the United States or State of Florida.  The United States consents to this proposed settlement agreement and a dismissal of the settled claims pursuant thereto, provided such dismissal is without prejudice to the United States.  Counsel for the State of Florida has informed the United States, and authorized the United States to convey to this Court, that it too has reviewed plaintiff-relator's and the Health First Defendants' proposed settlement agreement, and consents to that agreement and a dismissal of the settled claims pursuant thereto, provided such dismissal is without prejudice to the State of Florida.

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        W. STEPHEN MULDROW
        Acting United States Attorney

By:   /s/ Rohith V. Srinivas
        Lacy R. Harwell, Jr.
        Assistant United States Attorney
        Florida Bar No. 714623
        400 North Tampa St, Suite 3200
        Tampa, FL 33602
        Tel.: (813) 274-6000
        Fax: (813) 274-6200
        Randy.Harwell@usdoj.gov

        Michael D. Granston
        Tracy L. Hilmer
        Rohith V. Srinivas
        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 261
        Washington, D.C. 20044
        Tel: (202) 307-6604
        Rohith.V.Srinivas@usdoj.gov

## **CERTIFICATE OF NO SERVICE**

I HEREBY CERTIFY that, on June 12, 2017, I electronically filed the foregoing Notice using the Court's CM/ECF system, which will send a notice of filing to all counsel of record.

        /s/ Rohith V. Srinivas
        Rohith V. Srinivas
        Trial Attorney