UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA; THE
STATE OF FLORIDA,

    Plaintiffs,

*ex rel.*

JOHN DOE,

    Relator,

v.                                                        Case No. 6:14-cv-501-Orl-37DCI

HEALTH FIRST, INC.; HEALTH FIRST
HEALTH PLANS INC.; HEALTH FIRST
MEDICAL GROUP; HOLMES
REGIONAL MEDICAL CENTER;
PALM BAY HOSPITAL; CAPE
CANAVERAL HOSPITAL; VIERA
HOSPITAL; MELBOURNE SAME DAY
SURGERY CENTER; and MELBOURNE
GI CENTER,

    Defendants.
_____

## **ORDER**

After more than three years of litigation, it is finally finished—the parties to this False Claims Act proceeding have settled. (Doc. 143.) As required by federal law, *see* 31 U.S.C. § 3730(b)(1), the United States has consented to dismissal in writing and provided its reasons therefor. (Doc. 144.) And, while seemingly not so required, the State

of Florida has also consented.[1]

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), and consistent with the terms of the Settlement Agreement between Relator and the remaining Defendants (Doc. 143, pp. 8–16), it is **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** as to the claims brought by the Relator;

2. This action is **DISMISSED WITHOUT PREJUDICE** with respect to any future proceedings by the United States of America or the State of Florida;

3. Such dismissal is effective immediately.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 13, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record

---

[1] Under Florida's False Claim Act, the State's consent is required where a private party bringing the action seeks voluntary dismissal prior to the Court unsealing the complaint. FLA. STAT. § 68.083(2). Here, the Court unsealed Realtor's original Complaint on February 12, 2015 (S-Doc. 13), hence obviating the need to obtain the State's consent to dismissal at this stage.